IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00205-BNB

ROBERT D. GANDY,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
CATHIE HOLST, and
MICHAEL ARRELLANO,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 0 2009

GREGORY C. LANGHAM
CLERK

## ORDER ASSIGNING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be assigned to Judge Christine M. Arguello pursuant to D.C.COLO.LCivR 40.1C.1. and to Magistrate Judge Kathleen M. Tafoya. Accordingly, it is

ORDERED that this case shall be assigned to Judge Christine M. Arguello pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M. Tafoya.

DATED March 10, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00205-BNB

Robert D. Gandy
Prisoner No. 50147
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/10/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk