IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00205–CMA–KMT

ROBERT D. GANDY,

    Plaintiff,

v.

CATHIE HOLST, and
MICHAEL ARRELLANO,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Order to Compel" (Doc. No. 57, filed April 28, 2010) is DENIED. In their response to Plaintiff's Motion (Doc. No. 61), Defendants state they are unable to locate any discovery requests sent to them by Plaintiff. In addition, Plaintiff has failed to comply with D.C.COLO.LcivR 37.1 which requires that the motion "set forth verbatim the interrogatory, request, and response to which the motion is directed." As such, Defendants are unable to respond to the discovery requests. Plaintiff may re-send the discovery requests to Defendants. Defendants are ORDERED to provide responses to Plaintiff's discovery requests within two weeks of their receipt of same.

Dated: May 5, 2010