IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00205–CMA–KMT

ROBERT D. GANDY,

    Plaintiff,

v.

CATHIE HOLST, and
MICHAEL ARELLANO,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Substitution Pursuant to F.R.Civ.P. 25(d)(1)" (Doc. No. 65, filed June 9, 2010) is GRANTED. Pursuant to Fed. R. Civ. P. 25(d), Julie Russell is automatically substituted for Defendant Cathie Holst, and Steve Hartley is automatically substituted for Defendant Michael Arellano. The Clerk of Court is directed to substitute these parties accordingly.

Dated: July 7, 2010.